IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JHAMAL CRAWFORD,              )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:24cv22-MHT
                             )          (WO)
THE STATE OF ALABAMA and     )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
     Defendants.            )
```

ORDER

Upon consideration of plaintiff's motion to dismiss his case due to his having financial problems (Doc. 5), it is ORDERED AND ADJUDGED that:

(1) Plaintiff's motion to dismiss is granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) The order requiring payment of a filing fee (Doc. 4) is vacated, and no payments from plaintiff's account shall be sent to or collected by the clerk's office.

(3) This case is dismissed without prejudice.

The clerk of court shall send a copy of this order to plaintiff and the account clerk at Bullock Correctional Facility.

This case is closed.

DONE, this the 7th day of February, 2024.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE

2